Richard BLAKE, Plaintiff—Appellant,

v.

BURGER KING CORP., Defendant—
Appellee.

No. 11–1527.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 22, 2011.

Richard Blake, Appellant Pro Se. Tyler Brown, Jackson Lewis, LLP, Reston, Virginia, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**850**

PER CURIAM:

Richard Blake appeals the district court's order dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blake v. Burger King Corp.*, No. 3:10–cv–00675–HEH, 2011 WL 1480049 (E.D.Va. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*